UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PAULA CORBRIDGE ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:14-cv-00256-JDL |
| ) | NOTICE OF SETTLEMENT |
| MIDLAND CREDIT MANAGEMENT, INC. ) | |
|     Defendant, ) | |
| ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, PAULA CORBRIDGE, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, MIDLAND CREDIT MANAGEMENT, INC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

RESPECTFULLY SUBMITTED,

Dated: January 6, 2015        By: */s/ Douglas F. Jennings*

                                      Douglas F. Jennings
                                      Walker & Jennings, PA
                                      Attorney for Plaintiff
                                      226 Walter Street,
                                      Hallowell, ME 04347