UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
PORTLAND DIVISION

| | |
|---|---|
| **PAULA CORBRIDGE,**<br><br>    Plaintiff,<br><br>vs.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1 through 10, inclusive,**<br><br>    Defendant. | Civil Action No.: 2:14-cv-00256-JDL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT MIDLAND CREDIT MANAGEMENT, INC; and DOES 1 through 10 |

PAULA CORBRIDGE, by counsel, and Defendant MIDLAND CREDIT MANAGEMENT, INC, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against MIDLAND CREDIT MANAGEMENT, INC should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

Date: February 6, 2015

By: /s/ Douglas F. Jennings
Dougles F. Jennings
WALKER & JENNINGS
226 Water Street
Hallowell, ME 04347
T: 207-621-8188
E: dfjlaw@live.com
*Counsel for Plaintiff Paula Corbridge*

1

|  |  |
|---|---|
| Date: February 6, 2015 | By: /s/ Christopher P. Flanagan |
|  | Christopher P. Flanagan |
|  | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
|  | 260 Franklin Street |
|  | 14th Floor |
|  | Boston, MA 02110-33112 |
|  | T: 617-422-5306 |
|  | E: Christopher.flanagan@WilsonElser.com |
|  | *Counsel for Defendant Midland Credit Management Inc* |